■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT MARKIDIS, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Same memorandum as in *People v Markidis* ([appeal No. 1] 142 AD2d 990 [decided herewith]). (Appeal from judgment of Supreme Court, Monroe County, Doyle, J.—leaving the scene of a fatal accident.) Present— Callahan, J. P., Doerr, Green, Balio and Davis, JJ.

■ JOHN MORRISEY et al, Respondents, v COUNTY OF ERIE et al., Appellants, and DAVID M. HRYN, Respondent, et al., Defendants.—Order unanimously affirmed without costs for reasons stated at Special Term. McGowan, J. (Appeal from order of Supreme Court, Erie County, McGowan, J.—Public Officers Law § 18.) Present—Callahan, J. P., Doerr, Green, Balio and Davis, JJ.

■ JAMES R. GIBSON, Respondent, v WORTHINGTON DIVISION OF McGRAW-EDISON COMPANY, Appellant. (And a Third-Party Action.)—Order unanimously affirmed without costs for reasons stated at Special Term, Fudeman, J. (Appeal from order of Supreme Court, Erie County, Fudeman, J.—partial summary judgment.) Present—Callahan, J. P., Doerr, Green, Balio and Davis, JJ. *[See,* 140 Misc 2d 188.]

■ EUGENE E. LABORIE et al., Appellants, v WALTER MC-FALL et al., Respondents.—Order unanimously affirmed without costs for reasons stated at Supreme Court, DePasquale, J. (Appeal from order of Supreme Court Court, Seneca County, DePasquale, J.—injunction.) Present—Callahan, J. P., Doerr, Green, Balio and Davis, JJ.